**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| Jhon Alexander Garcia-Silva, | Case No. 2:26-cv-01443-ART-NJK |
| Petitioner | **Order** |
| v. | |
| Todd Blanche, et al., | [ECF No.1-1] |
| Respondents | |

Petitioner Jhon Alexander Garcia-Silva, an immigration detainee, who is challenging the lawfulness of his federal detention at Nevada Southern Detention Center, has filed a *pro se* petition for federal habeas corpus relief under 28 U.S.C. § 2241, an application to proceed *in forma pauperis*, and a motion for appointment of counsel. ECF Nos. 1, 1-1, 1-2.

Garcia-Silva has filed two other federal habeas cases by filing § 2241 petitions challenging his immigration detention. *See Garcia-Silva v. Leyva*, Case No. 2:26-cv-00994-RFB-MDC; *Garcia-Silva v. Blanche*, Case No. 2:26-cv-1380-GMN-DJA. In closed case, *Garcia-Silva v. Leyva*, Case No. 2:26-cv-RFB-MDC, Garcia-Silva was afforded class relief wherein Garcia-Silva was granted a bond hearing. In the ongoing case of *Garcia-Silva v. Blanche*, Case No. 2:26-cv-1380-GMN-DJA, Garcia-Silva has been appointed counsel and the Court set a deadline to file an amended petition.

The Court will therefore dismiss this action, without prejudice, as duplicative. Any federal habeas claims Garcia-Silva wishes to pursue challenging his immigration detention must be asserted, if at all, in Case No: 2:26-cv-1380-GMN-DJA.

It is therefore ordered that this action is dismissed without prejudice.

It is further ordered that the Clerk of the Court is directed to enter final judgment accordingly and close this case.

Dated: May 14, 2026

ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE

2